# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROSEMARY J. BENT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:13-cv-243-JDL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 26) with the court on July 27, 2014, pursuant to 28 U.S.C. § 636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on August 13, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

**SO ORDERED.**

        /s/Jon D.Levy  
**United States District Judge**

Dated this 15th day of August, 2014.